consideration or decision of this petition.*

No. 84–880.   SHAMROCK FOODS CO. v. ARIZONA ET AL.   C. A. 9th Cir.   Certiorari denied.   JUSTICE O'CONNOR took no part in the consideration or decision of this petition.*

No. 84–5817.   CARUTHERS v. TENNESSEE.   Sup. Ct. Tenn.; and
No. 84–5864.   KENNEDY v. FLORIDA.   Sup. Ct. Fla.   Certiorari denied.   Reported below: No. 84–5817, 676 S. W. 2d 935; No. 84–5864, 455 So. 2d 351.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 83–6775.   THOMPSON v. LOUISIANA, *ante,* p. 17;
No. 84–5579.   JOHNPOLL v. UNITED STATES, *ante,* p. 1075;
No. 84–5647.   MAZAK v. UNITED STATES, *ante,* p. 1076; and
No. 84–5715.   D'ARCO v. UNITED STATES, *ante,* p. 1090.   Petitions for rehearing denied.

No. 84–5483.   MCINTOSH v. UNITED STATES ET AL., *ante,* p. 937.   Motion for leave to file petition for rehearing and all other relief denied.

JANUARY 23, 1985

No. 84–662.   GREENVILLE SHIPPING CORP. ET AL. v. OLLESTAD.   C. A. 9th Cir.   Certiorari dismissed under this Court's Rule 53.

*See also note *, *supra,* p. 1186.